**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | |
| StoreWorks Technologies, Limited, | Case No. 19-43814 |
| ATA Development, LLC, | Case No. 19-43815 |
| Debtors. | Chapter 11 Cases |
| | Jointly Administered under Case No. 19-43814 |
| StoreWorks Technologies, Limited, | |
| Plaintiff, | |
| v. | Adv. No. 20-04027 |
| ScanSource, Inc., Anil Konkimalla, Troy Stelzer, Andrew Teitscheid, and Xenia Retail, Inc., | |
| Defendants. | |

**STIPULATION FOR DISMISSAL**

On March 9, 2020, Plaintiff StoreWorks Technologies, Limited ("StoreWorks") filed identical Motions for Extension of the Automatic Stay or Preliminary Injunction (the "Motion") in the above-captioned bankruptcy case [Bky. Docket No. 86] and in the above-captioned adversary proceeding (the "Adversary Proceeding") [Adv. Docket No. 2]. On June 3, 2020, the Court held a hearing on the Motions. At the hearing, StoreWorks and Defendants ScanSource, Inc., Troy Stelzer, and Xenia Retail, Inc. (collectively, the "Defendants") consented to proceeding on the Motion solely in the bankruptcy case and agreed that the Adversary Proceeding would not be procedurally necessary.

Consequently, StoreWorks and the Defendants[1] hereby stipulate and agree that the above-captioned adversary proceeding shall be dismissed without prejudice as to the Defendants, with each party to bear its own costs and attorneys' fees. Pursuant to Local Rule 9011-4(f), the non-filing counsel listed below have authorized StoreWorks' counsel to e-file this stipulation bearing each of their respective signatures.

Dated: June 15, 2020

*/e/ Steven R. Kinsella*
Ryan T. Murphy (#0311972)
Steven R. Kinsella (#0392289)
Samuel M. Andre (#0399669)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: 612.492.7000
rmurphy@fredlaw.com
skinsella@fredlaw.com
sandre@fredlaw.com

**ATTORNEYS FOR STOREWORKS TECHNOLOGIES, LIMITED AND ATA DEVELOPMENT, LLC**

Dated: June 15, 2020

*/e/ Martin C. Melang*
Martin C. Melang, MN ID #0329393
Erik F. Hansen, MN ID #0303410
**BURNS & HANSEN P.A.**
8401 Wayzata Blvd., Suite 300
Minneapolis, MN 55426
Telephone: 952.564.6262
Facsimile: 952.564.6263
**martin@burnshansen.com
erik@burnshansen.com**

**ATTORNEYS FOR SCANSOURCE, INC.**

---

[1] Defendants Anil Konkimalla and Andrew Teitscheid have not filed answers in the Adversary Proceeding and are thus not parties to this Stipulation. StoreWorks will file a separate notice of dismissal of its claims against Mr. Konkimalla and Mr. Teitscheid in the Adversary Proceeding pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a)(1).

2

Dated: June 15, 2020

*/e/ Thomas F. DeVincke*
Thomas F. DeVincke (#301759)
**MALKERSON GUNN MARTIN LLP**
1900 U.S. Bank Plaza
220 South Sixth Street
Minneapolis, MN 55402
Telephone: 612.344.1111
tfd@mgmllp.com

**ATTORNEYS FOR DEFENDANTS TROY STELZER AND XENIA RETAIL, INC.**

70234275 v1

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | |
| StoreWorks Technologies, Limited, | Case No. 19-43814 |
| ATA Development, LLC, | Case No. 19-43815 |
| Debtors. | Chapter 11 Cases |
| | Jointly Administered under Case No. 19-43814 |
| StoreWorks Technologies, Limited, | |
| Plaintiff, | |
| v. | Adv. No. 20-04027 |
| ScanSource, Inc., Anil Konkimalla, Troy Stelzer, Andrew Teitscheid, and Xenia Retail, Inc., | |
| Defendants. | |

## ORDER FOR DISMISSAL WITHOUT PREJUDICE

Upon the stipulation between Plaintiff StoreWorks Technologies, Limited and Defendants ScanSource, Inc., Troy Stelzer, and Xenia Retail, Inc.,

**IT IS ORDERED:**

StoreWorks Technologies, Limited's claims against Defendants ScanSource, Inc., Troy Stelzer, and Xenia Retail in this adversary proceeding are hereby **DISMISSED WITHOUT PREJUDICE** and without costs to any party.

Dated:

                                                   Katherine A. Constantine
                                                 United States Bankruptcy Judge